

**Mulvihill & Rushie LLC**
By: A. Jordan Rushie
Pa Id. 209066
2424 East York Street · Suite 316
Philadelphia, PA 19125
215.385.5291                     ATTORNEYS FOR PLAINTIFF

**In the Court of Common Pleas**
**First Judicial District of Pennsylvania**

| Liberty Media Holdings LLC, *Plaintiff,* | Jury Trial Demanded |
|---|---|
| v. | Term 2012 |
| John Does 1-265, *Defendants.* | No. |

**Praecipe to Issue Writ of Summons.**

To the Prothonotary:

Please issue a Writ of Summons in the above-captioned action.

Respectfully Submitted,

A. Jordan Rushie
**Mulvihill & Rushie LLC**
2424 East York Street · Suite 316
Philadelphia, PA 19125
ATTORNEYS FOR PLAINTIFF

C.P.97

# Commonwealth of Pennsylvania

## CITY AND COUNTY OF PHILADELPHIA

Liberty Media Holdings LLC

COURT OF COMMON PLEAS

_____ Term, 20 12 _____

No. _____

*vs.*

John Does 1-441, Identified by IP addresses in attached Exhibit A.

To[1]

John Does 1-441, Identified by IP addresses in attached Exhibit A.

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante[2]*

Liberty Media Holdings LLC

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*





JOSEPH H. EVERS
*Prothonotary*

By _____

Date _____

120401874
17 APR 2012 01:03 pm
J. MURPHY

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

10-208 (Rev. 6/00)

Case ID: 120401874

**COURT OF COMMON PLEAS**

_____ **Term, 20** 12 ___ **No.** _____

Liberty Media Holdings LLC

vs.

John Does 1-441, Identified by IP addresses
in attached Exhibit A.

**SUMMONS**

Case ID: 120401874

Exhibit A

Case ID: 120401874

| Host IP address | Hit Date(UTC) | ISP |
|---|---|---|
| 24.62.3.50 | 2011-10-31 04:35 AM | Comcast Cable |
| 24.18.233.139 | 2011-10-31 07:31 PM | Comcast Cable |
| 69.244.148.138 | 2011-11-01 06:46 PM | Comcast Cable |
| 24.16.231.107 | 2011-11-02 08:40 AM | Comcast Cable |
| 71.59.189.44 | 2011-11-02 10:04 AM | Comcast Cable |
| 24.19.26.176 | 2011-11-02 05:55 PM | Comcast Cable |
| 71.56.119.154 | 2011-11-02 05:32 AM | Comcast Cable |
| 69.251.253.65 | 2011-11-03 12:26 AM | Comcast Cable |
| 98.210.11.89 | 2011-11-03 02:33 AM | Comcast Cable |
| 71.201.49.214 | 2011-11-03 09:27 PM | Comcast Cable |
| 71.58.0.93 | 2011-11-04 12:31 PM | Comcast Cable |
| 67.182.244.250 | 2011-11-05 05:06 AM | Comcast Cable |
| 174.52.169.57 | 2011-11-07 03:49 PM | Comcast Cable |
| 76.24.192.192 | 2011-11-07 03:53 PM | Comcast Cable |
| 24.21.97.202 | 2011-11-07 08:41 AM | Comcast Cable |
| 24.1.115.213 | 2011-11-07 04:06 AM | Comcast Cable |
| 69.251.199.118 | 2011-11-07 04:51 AM | Comcast Cable |
| 76.26.132.11 | 2011-11-07 05:09 AM | Comcast Cable |
| 71.199.13.228 | 2011-11-08 08:06 AM | Comcast Cable |
| 68.84.78.225 | 2011-11-08 01:10 PM | Comcast Cable |
| 76.103.142.134 | 2011-11-08 05:04 PM | Comcast Cable |
| 107.5.95.184 | 2011-11-08 12:55 AM | Comcast Cable |
| 75.70.13.20 | 2011-11-08 12:00 AM | Comcast Cable |
| 174.55.130.68 | 2011-11-08 09:39 PM | Comcast Cable |
| 24.131.79.45 | 2011-11-09 04:49 AM | Comcast Cable |
| 76.16.51.24 | 2011-11-09 06:25 AM | Comcast Cable |
| 24.118.194.183 | 2011-11-12 11:02 PM | Comcast Cable |
| 71.62.92.42 | 2011-11-12 01:57 PM | Comcast Cable |
| 71.227.219.246 | 2011-11-12 04:32 AM | Comcast Cable |
| 66.30.12.248 | 2011-11-13 01:03 AM | Comcast Cable |
| 24.10.169.119 | 2011-11-13 02:09 AM | Comcast Cable |
| 69.137.171.142 | 2011-10-30 02:11 AM | Comcast Cable |
| 69.244.148.138 | 2011-10-30 12:40 AM | Comcast Cable |
| 71.237.113.17 | 2011-10-31 06:26 AM | Comcast Cable |
| 98.222.80.187 | 2011-10-31 02:46 PM | Comcast Cable |
| 71.58.0.93 | 2011-10-31 10:20 AM | Comcast Cable |
| 71.194.213.72 | 2011-11-01 03:36 AM | Comcast Cable |
| 98.218.232.81 | 2011-11-01 02:17 AM | Comcast Cable |
| 98.203.25.88 | 2011-11-01 12:00 AM | Comcast Cable |
| 67.162.85.172 | 2011-11-02 07:29 AM | Comcast Cable |
| 98.217.0.171 | 2011-11-02 04:06 PM | Comcast Cable |

Case ID: 120401874

| | | |
|---|---|---|
| 98.197.160.137 | 2011-11-03 08:19 AM | Comcast Cable |
| 24.98.225.151 | 2011-11-03 03:18 PM | Comcast Cable |
| 98.213.83.250 | 2011-11-04 04:25 AM | Comcast Cable |
| 68.58.67.157 | 2011-11-05 02:43 AM | Comcast Cable |
| 24.20.246.60 | 2011-11-05 02:48 AM | Comcast Cable |
| 66.41.166.206 | 2011-11-05 03:50 PM | Comcast Cable |
| 69.181.145.123 | 2011-11-05 05:24 AM | Comcast Cable |
| 24.21.97.202 | 2011-11-10 06:30 PM | Comcast Cable |
| 67.185.16.112 | 2011-11-11 10:45 AM | Comcast Cable |
| 24.118.48.147 | 2011-11-12 02:51 AM | Comcast Cable |
| 68.83.249.180 | 2011-11-12 05:26 AM | Comcast Cable |
| 71.197.234.229 | 2011-11-12 06:05 PM | Comcast Cable |
| 69.136.190.7 | 2011-11-12 06:05 AM | Comcast Cable |
| 98.232.14.246 | 2011-11-13 09:45 AM | Comcast Cable |
| 76.23.122.74 | 2011-11-13 02:10 AM | Comcast Cable |
| 71.59.189.44 | 2011-11-14 09:24 AM | Comcast Cable |
| 76.124.111.133 | 2011-11-14 10:13 PM | Comcast Cable |
| 76.114.202.41 | 2011-11-14 12:09 PM | Comcast Cable |
| 98.193.16.225 | 2011-11-15 11:32 AM | Comcast Cable |
| 174.51.103.237 | 2011-11-15 04:40 AM | Comcast Cable |
| 24.19.150.235 | 2011-11-15 03:11 AM | Comcast Cable |
| 76.26.174.168 | 2011-11-16 12:07 AM | Comcast Cable |
| 71.229.112.220 | 2011-11-16 02:44 AM | Comcast Cable |
| 68.83.168.63 | 2011-11-16 02:18 AM | Comcast Cable |
| 98.246.145.246 | 2011-11-16 03:32 AM | Comcast Cable |
| 98.214.150.240 | 2011-11-16 01:07 PM | Comcast Cable |
| 69.246.25.236 | 2011-11-16 11:23 AM | Comcast Cable |
| 24.61.15.202 | 2011-11-17 01:08 AM | Comcast Cable |
| 98.212.194.179 | 2011-11-17 04:18 AM | Comcast Cable |
| 24.131.19.11 | 2011-11-17 02:16 AM | Comcast Cable |
| 98.202.105.55 | 2011-11-18 03:53 AM | Comcast Cable |
| 71.201.49.214 | 2011-11-18 01:05 AM | Comcast Cable |
| 71.204.160.210 | 2011-11-18 04:04 AM | Comcast Cable |
| 76.120.15.74 | 2011-11-18 12:07 AM | Comcast Cable |
| 98.193.89.164 | 2011-11-19 12:00 AM | Comcast Cable |
| 69.181.40.65 | 2011-11-21 01:44 AM | Comcast Cable |
| 71.236.21.16 | 2011-11-29 06:26 PM | Comcast Cable |
| 98.227.104.229 | 2011-11-29 06:24 PM | Comcast Cable |
| 75.73.75.146 | 2011-11-29 06:20 PM | Comcast Cable |
| 107.3.149.198 | 2011-11-29 06:29 PM | Comcast Cable |
| 76.119.110.227 | 2011-11-29 10:18 PM | Comcast Cable |
| 68.42.125.39 | 2011-11-29 08:51 PM | Comcast Cable |

```
76.100.69.136    2011-11-29 06:32 PM  Comcast Cable
98.196.56.230    2011-11-30 12:00 AM  Comcast Cable
67.175.200.198   2011-12-05 05:28 PM  Comcast Cable
71.232.91.50     2011-12-05 05:19 PM  Comcast Cable
68.50.143.223    2011-12-06 01:17 AM  Comcast Cable
98.206.151.1     2011-12-06 01:45 AM  Comcast Cable
75.65.135.31     2011-12-06 11:45 AM  Comcast Cable
98.248.228.128   2011-12-06 11:44 AM  Comcast Cable
98.252.65.121    2011-12-06 04:57 AM  Comcast Cable
67.160.219.73    2011-11-29 06:00 PM  Comcast Cable
98.196.56.230    2011-11-29 02:52 PM  Comcast Cable
69.143.106.222   2011-11-29 05:23 PM  Comcast Cable
67.163.50.116    2011-11-30 07:00 AM  Comcast Cable
98.227.120.59    2011-11-30 06:05 AM  Comcast Cable
67.171.235.110   2011-11-30 12:00 AM  Comcast Cable
68.50.143.223    2011-11-30 02:55 AM  Comcast Cable
24.7.166.219     2011-11-30 06:04 AM  Comcast Cable
98.194.227.7     2011-11-30 12:08 AM  Comcast Cable
76.17.117.59     2011-11-30 02:15 AM  Comcast Cable
67.173.146.11    2011-12-02 04:20 AM  Comcast Cable
98.193.213.133   2011-12-02 07:51 AM  Comcast Cable
107.3.76.214     2011-12-02 12:10 AM  Comcast Cable
75.73.55.222     2011-12-03 12:16 AM  Comcast Cable
71.229.112.220   2011-12-03 07:04 AM  Comcast Cable
69.181.145.123   2011-12.-05 09:08 AM Comcast Cable
24.19.56.232     2011-12-05 11:00 AM  Comcast Cable
68.41.140.255    2011-10-29 06:29 PM  Comcast Cable
24.98.225.151    2011-10-30 05:41 PM  Comcast Cable
69.142.219.202   2011-10-31 07:51 PM  Comcast Cable
68.58.109.63     2011-10-31 02:39 AM  Comcast Cable
69.243.157.215   2011-10-31 04:43 PM  Comcast Cable
76.126.126.196   2011-10-31 07:25 AM  Comcast Cable
68.58.67.157     2011-11-01 10:04 PM  Comcast Cable
76.102.43.86     2011-11-01 04:36 AM  Comcast Cable
67.189.45.85     2011-11-01 10:55 PM  Comcast Cable
174.54.128.120   2011-11-02 03:40 AM  Comcast Cable
24.218.27.126    2011-11-02 03:09 AM  Comcast Cable
98.239.104.42    2011-11-04 01:45 AM  Comcast Cable
24.20.246.60     2011-11-04 06:18 AM  Comcast Cable
24.98.223.61     2011-11-04 03:39 AM  Comcast Cable
98.193.16.225    2011-11-04 11:27 AM  Comcast Cable
68.58.237.61     2011-11-04 03:02 PM  Comcast Cable
```

Case ID: 120401874

| | | |
|---|---|---|
| 174.52.169.57 | 2011-11-05 11:39 PM | Comcast Cable |
| 98.213.94.178 | 2011-11-05 12:39 PM | Comcast Cable |
| 76.117.135.143 | 2011-11-05 08:34 AM | Comcast Cable |
| 24.61.15.202 | 2011-11-05 05:54 PM | Comcast Cable |
| 98.201.101.34 | 2011-11-05 09:20 PM | Comcast Cable |
| 98.249.9.45 | 2011-11-05 06:42 PM | Comcast Cable |
| 50.131.14.187 | 2011-11-05 07:43 AM | Comcast Cable |
| 71.193.222.32 | 2011-11-05 06:45 AM | Comcast Cable |
| 76.17.195.101 | 2011-11-06 08:41 AM | Comcast Cable |
| 24.98.33.22 | 2011-11-06 07:17 AM | Comcast Cable |
| 71.59.189.44 | 2011-11-06 11:21 AM | Comcast Cable |
| 24.126.76.103 | 2011-11-06 08:56 PM | Comcast Cable |
| 98.197.198.185 | 2011-11-06 08:55 PM | Comcast Cable |
| 69.181.50.105 | 2011-11-07 05:20 AM | Comcast Cable |
| 75.69.11.68 | 2011-11-07 03:14 AM | Comcast Cable |
| 71.59.157.103 | 2011-11-07 09:43 AM | Comcast Cable |
| 98.201.150.142 | 2011-11-07 12:36 AM | Comcast Cable |
| 67.168.212.190 | 2011-11-08 01:16 AM | Comcast Cable |
| 24.21.97.202 | 2011-11-08 12:00 AM | Comcast Cable |
| 76.106.41.12 | 2011-11-08 01:36 AM | Comcast Cable |
| 71.237.113.17 | 2011-11-08 08:59 AM | Comcast Cable |
| 68.82.31.101 | 2011-11-08 05:57 AM | Comcast Cable |
| 67.189.147.8 | 2011-11-08 02:49 PM | Comcast Cable |
| 76.28.213.253 | 2011-11-08 09:27 PM | Comcast Cable |
| 174.62.115.130 | 2011-11-13 05:24 AM | Comcast Cable |
| 98.239.153.107 | 2011-11-13 03:27 AM | Comcast Cable |
| 67.180.238.194 | 2011-11-13 06:36 AM | Comcast Cable |
| 71.202.41.139 | 2011-11-13 07:44 AM | Comcast Cable |
| 76.109.81.99 | 2011-11-13 03:13 AM | Comcast Cable |
| 67.191.188.43 | 2011-11-13 03:02 AM | Comcast Cable |
| 68.35.209.158 | 2011-11-16 03:38 AM | Comcast Cable |
| 76.103.61.49 | 2011-11-29 11:37 PM | Comcast Cable |
| 98.229.113.74 | 2011-11-29 11:34 PM | Comcast Cable |
| 76.112.145.119 | 2011-11-29 11:24 PM | Comcast Cable |
| 68.54.229.4 | 2011-11-29 11:43 PM | Comcast Cable |
| 98.218.1.186 | 2011-11-29 05:30 PM | Comcast Cable |
| 24.3.21.138 | 2011-11-29 04:50 PM | Comcast Cable |
| 76.108.170.231 | 2011-11-29 03:50 PM | Comcast Cable |
| 76.100.123.194 | 2011-11-29 11:17 PM | Comcast Cable |
| 98.253.50.25 | 2011-11-29 05:33 PM | Comcast Cable |
| 71.60.188.195 | 2011-11-29 05:30 PM | Comcast Cable |
| 98.248.228.128 | 2011-11-30 11:18 AM | Comcast Cable |

Case ID: 120401874

| | | |
|---|---|---|
| 76.19.161.234 | 2011-11-30 11:13 AM | Comcast Cable |
| 98.212.194.179 | 2011-11-30 09:14 AM | Comcast Cable |
| 24.18.34.196 | 2011-11-30 06:40 AM | Comcast Cable |
| 174.48.250.231 | 2011-11-30 05:49 AM | Comcast Cable |
| 98.240.67.40 | 2011-11-30 05:28 AM | Comcast Cable |
| 24.3.18.180 | 2011-11-30 09:13 AM | Comcast Cable |
| 67.160.29.205 | 2011-11-30 07:11 AM | Comcast Cable |
| 98.220.23.140 | 2011-11-30 06:56 AM | Comcast Cable |
| 68.84.104.102 | 2011-11-30 12:22 AM | Comcast Cable |
| 50.129.226.185 | 2011-11-30 12:00 AM | Comcast Cable |
| 76.115.75.141 | 2011-11-30 02:55 AM | Comcast Cable |
| 98.232.185.114 | 2011-11-30 02:30 AM | Comcast Cable |
| 76.112.211.92 | 2011-11-30 02:24 AM | Comcast Cable |
| 68.40.104.242 | 2011-11-30 05:11 AM | Comcast Cable |
| 67.172.134.150 | 2011-11-30 03:45 AM | Comcast Cable |
| 76.16.251.122 | 2011-11-30 03:12 AM | Comcast Cable |
| 98.245.246.108 | 2011-11-30 01:24 AM | Comcast Cable |
| 174.52.151.246 | 2011-11-30 01:14 AM | Comcast Cable |
| 24.17.15.19 | 2011-11-30 12:43 AM | Comcast Cable |
| 69.245.1.182 | 2011-11-30 02:15 AM | Comcast Cable |
| 98.194.207.194 | 2011-11-30 02:01 AM | Comcast Cable |
| 98.223.170.193 | 2011-11-30 01:39 AM | Comcast Cable |
| 67.172.122.15 | 2011-12-01 04:42 AM | Comcast Cable |
| 98.249.104.170 | 2011-12-01 04:17 AM | Comcast Cable |
| 98.245.240.72 | 2011-12-01 03:43 AM | Comcast Cable |
| 76.30.123.49 | 2011-12-01 12:18 PM | Comcast Cable |
| 67.169.19.241 | 2011-12-01 09:41 AM | Comcast Cable |
| 69.251.152.48 | 2011-12-01 09:12 AM | Comcast Cable |
| 107.3.135.198 | 2011-12-01 01:09 PM | Comcast Cable |
| 24.12.140.136 | 2011-12-02 09:46 PM | Comcast Cable |
| 98.243.215.85 | 2011-12-02 03:29 PM | Comcast Cable |
| 98.230.56.188 | 2011-12-02 03:51 AM | Comcast Cable |
| 69.143.25.65 | 2011-12-02 12:03 AM | Comcast Cable |
| 24.23.244.81 | 2011-12-04 08:59 PM | Comcast Cable |
| 24.62.60.212 | 2011-12-05 03:30 AM | Comcast Cable |
| 98.228.0.139 | 2011-12-05 12:00 AM | Comcast Cable |
| 174.58.6.21 | 2011-12-07 10:44 AM | Comcast Cable |
| 67.173.54.67 | 2011-10-07 12:07 AM | Comcast Cable |
| 24.118.24.199 | 2011-10-10 12:45 PM | Comcast Cable |
| 67.176.168.10 | 201-10-13 01:05 AM | Comcast Cable |
| 98.242.186.85 | 2011-10-14 12:25 AM | Comcast Cable |
| 75.65.59.254 | 2011-10-14 05:05 AM | Comcast Cable |

| IP Address | Date/Time | Provider |
|---|---|---|
| 71.200.160.48 | 2011-10-23 07:51 AM | Comcast Cable |
| 76.113.247.188 | 2011-10-26 12:00 AM | Comcast Cable |
| 71.59.187.17 | 2011-10-26 08:32 PM | Comcast Cable |
| 76.118.202.2 | 2011-10-29 01:10 AM | Comcast Cable |
| 68.83.249.180 | 2011-11-22 03:55 AM | Comcast Cable |
| 76.109.154.248 | 2011-11-22 09:02 PM | Comcast Cable |
| 67.186.163.136 | 2011-11-23 07:52 PM | Comcast Cable |
| 98.232.194.205 | 2011-11-23 09:09 PM | Comcast Cable |
| 50.131.16.215 | 2011-11-24 02:40 PM | Comcast Cable |
| 24.17.153.170 | 2011-11-26 02:27 AM | Comcast Cable |
| 67.170.208.34 | 2011-11-26 05:44 AM | Comcast Cable |
| 71.204.186.169 | 2011-11-26 07:18 AM | Comcast Cable |
| 76.123.3.176 | 2011-11-26 09:16 PM | Comcast Cable |
| 76.107.7.55 | 2011-11-27 01:40 AM | Comcast Cable |
| 71.236.187.64 | 2011-11-27 10:55 AM | Comcast Cable |
| 67.184.105.187 | 2011-11-29 11:17 PM | Comcast Cable |
| 24.21.246.25 | 2011-11-30 01:01 AM | Comcast Cable |
| 68.48.249.91 | 2011-12-01 01:50 AM | Comcast Cable |
| 24.218.28.170 | 2011-12-04 12:28 AM | Comcast Cable |
| 76.103.9.149 | 2011-12-05 02:12 AM | Comcast Cable |
| 71.229.144.51 | 2011-12-06 03:19 PM | Comcast Cable |
| 76.98.245.194 | 2011-11-29 11:10 PM | Comcast Cable |
| 67.160.219.73 | 2011-11-29 11:26 PM | Comcast Cable |
| 76.24.113.211 | 2011-11-29 11:18 PM | Comcast Cable |
| 24.245.40.122 | 2011-11-29 03:20 PM | Comcast Cable |
| 68.35.68.74 | 2011-11-29 04:52 PM | Comcast Cable |
| 24.7.178.30 | 2011-11-30 06:30 PM | Comcast Cable |
| 24.131.19.11 | 2011-11-30 10:05 AM | Comcast Cable |
| 76.98.254.35 | 2011-11-30 09:40 AM | Comcast Cable |
| 67.164.32.143 | 2011-11-30 05:07 AM | Comcast Cable |
| 68.32.136.153 | 2011-11-30 12:50 AM | Comcast Cable |
| 50.133.225.38 | 2011-11-30 03:02 AM | Comcast Cable |
| 98.228.50.9 | 2011-11-30 12:07 AM | Comcast Cable |
| 24.7.166.219 | 2011-11-30 06:08 AM | Comcast Cable |
| 71.192.175.9 | 2011-11-30 08:42 AM | Comcast Cable |
| 68.63.66.194 | 2011-12-01 04:14 AM | Comcast Cable |
| 68.36.122.151 | 2011-12-01 04:43 AM | Comcast Cable |
| 67.171.235.110 | 2011-12-01 06:17 PM | Comcast Cable |
| 24.98.32.24 | 2011-12-02 08:18 AM | Comcast Cable |
| 76.21.33.226 | 2011-12-02 10:55 AM | Comcast Cable |
| 98.230.56.188 | 2011-12-02 02:40 AM | Comcast Cable |
| 71.61.18.14 | 2011-12-02 03:11 PM | Comcast Cable |

| | | |
|---|---|---|
| 66.41.167.160 | 2011-12-02 09:45 PM | Comcast Cable |
| 98.200.146.249 | 2011-12-02 12:25 AM | Comcast Cable |
| 98.220.10.146 | 2011-12-03 08:42 AM | Comcast Cable |
| 67.173.52.14 | 2011-12-03 11:27 AM | Comcast Cable |
| 68.53.80.60 | 2011-12-03 12:08 PM | Comcast Cable |
| 66.56.20.172 | 2011-12-03 11:22 PM | Comcast Cable |
| 66.30.61.35 | 2011-12-03 10:38 PM | Comcast Cable |
| 75.73.53.66 | 2011-12-03 02:46 AM | Comcast Cable |
| 71.235.47.88 | 2011-12-03 07:02 AM | Comcast Cable |
| 24.4.36.255 | 2011-12-04 12:00 AM | Comcast Cable |

Case ID: 120401874

| Host IP address | Hit Date(UTC) | ISP |
|---|---|---|
| 174.62.77.249 | 2012.01.30 11:41 PM | Comcast Cable |
| 71.201.68.36 | 2012.01.30 05:21 PM | Comcast Cable |
| 76.127.138.192 | 2012.01.31 09:28 AM | Comcast Cable |
| 71.227.173.75 | 2012.02.01 07:11 AM | Comcast Cable |
| 174.61.160.104 | 2012.02.01 11:46 AM | Comcast Cable |
| 76.103.91.101 | 2012.02.01 12:06 PM | Comcast Cable |
| 76.26.8.170 | 2012.02.01 01:31 PM | Comcast Cable |
| 98.211.44.146 | 2012.02.01 01:57 AM | Comcast Cable |
| 68.48.190.95 | 2012.02.01 03:01 AM | Comcast Cable |
| 71.232.232.68 | 2012.02.01 01:54 PM | Comcast Cable |
| 68.62.201.160 | 2012.02.01 09:47 AM | Comcast Cable |
| 98.201.135.200 | 2012.02.01 04:52 AM | Comcast Cable |
| 71.233.55.147 | 2012.02.01 06:06 AM | Comcast Cable |
| 98.201.93.204 | 2012.02.01 05:33 PM | Comcast Cable |
| 98.210.153.137 | 2012.02.02 10:24 AM | Comcast Cable |
| 174.55.183.118 | 2012.02.02 06:02 PM | Comcast Cable |
| 76.98.205.144 | 2012.02.02 06:55 AM | Comcast Cable |
| 67.180.9.72 | 2012.02.02 10:44 AM | Comcast Cable |
| 76.112.234.27 | 2012.02.02 05:18 AM | Comcast Cable |
| 66.41.70.233 | 2012.02.02 08:27 AM | Comcast Cable |
| 98.228.234.202 | 2012.02.02 03:39 AM | Comcast Cable |
| 75.64.63.167 | 2012.02.02 06:19 AM | Comcast Cable |
| 50.138.14.18 | 2012.02.02 07:13 PM | Comcast Cable |
| 98.201.173.184 | 2012.02.02 03:42 PM | Comcast Cable |
| 71.62.39.126 | 2012.02.02 04:06 PM | Comcast Cable |
| 67.173.176.20 | 2012.02.02 02:50 AM | Comcast Cable |
| 67.180.246.181 | 2012.02.03 05:45 AM | Comcast Cable |
| 67.190.219.254 | 2012.02.03 12:13 PM | Comcast Cable |
| 50.135.123.88 | 2012.02.03 01:57 PM | Comcast Cable |
| 50.138.90.193 | 2012.02.03 10:54 PM | Comcast Cable |
| 71.193.238.135 | 2012.02.03 10:25 AM | Comcast Cable |
| 69.248.163.60 | 2012.02.03 05:38 PM | Comcast Cable |
| 71.204.180.24 | 2012.02.03 03:19 PM | Comcast Cable |
| 24.7.12.185 | 2012.02.03 07:34 AM | Comcast Cable |

Case ID: 120401874

| IP Address | Date/Time | Provider |
|---|---|---|
| 24.99.129.129 | 2012.02.04 08:55 AM | Comcast Cable |
| 98.194.139.147 | 2012.02.04 08:25 AM | Comcast Cable |
| 75.72.36.80 | 2012.02.04 01:23 PM | Comcast Cable |
| 76.21.212.251 | 2012.02.04 06:31 AM | Comcast Cable |
| 24.129.41.159 | 2012.02.04 05:11 AM | Comcast Cable |
| 76.31.236.19 | 2012.02.04 12:58 AM | Comcast Cable |
| 24.20.43.72 | 2012.02.04 03:17 AM | Comcast Cable |
| 24.118.49.154 | 2012.02.04 08:34 AM | Comcast Cable |
| 174.51.15.224 | 2012.02.04 09:20 AM | Comcast Cable |
| 67.170.155.37 | 2012.02.04 05:16 AM | Comcast Cable |
| 24.7.202.229 | 2012.02.04 09:32 AM | Comcast Cable |
| 173.164.198.6 | 2012.02.04 09:15 AM | Comcast Business Communications |
| 24.1.206.5 | 2012.02.04 05:26 AM | Comcast Cable |
| 71.227.177.203 | 2012.02.05 09:16 AM | Comcast Cable |
| 24.99.103.130 | 2012.02.05 09:16 PM | Comcast Cable |
| 75.69.193.166 | 2012.02.05 05:49 PM | Comcast Cable |
| 98.207.115.124 | 2012.02.05 03:41 AM | Comcast Cable |
| 69.245.21.74 | 2012.02.05 04:28 PM | Comcast Cable |
| 71.63.238.74 | 2012.02.05 07:07 AM | Comcast Cable |
| 24.0.77.161 | 2012.02.05 12:54 AM | Comcast Cable |
| 75.151.58.93 | 2012.02.05 11:15 AM | Comcast Business Communications |
| 174.59.37.205 | 2012.02.05 01:52 PM | Comcast Cable |
| 68.61.0.136 | 2012.02.05 10:20 PM | Comcast Cable |
| 76.121.187.92 | 2012.02.06 07:52 PM | Comcast Cable |
| 24.15.193.98 | 2012.02.06 12:30 AM | Comcast Cable |
| 68.55.186.48 | 2012.02.06 06:19 AM | Comcast Cable |
| 71.224.159.15 | 2012.02.06 09:34 PM | Comcast Cable |
| 71.206.160.198 | 2012.02.06 05:58 PM | Comcast Cable |
| 24.128.245.101 | 2012.02.07 11:36 PM | Comcast Cable |
| 68.33.182.81 | 2012.02.07 05:04 AM | Comcast Cable |
| 68.61.68.170 | 2012.02.07 03:00 AM | Comcast Cable |
| 68.38.250.1 | 2012.02.07 05:38 AM | Comcast Cable |
| 67.182.212.69 | 2012.02.07 05:37 AM | Comcast Cable |
| 71.206.202.23 | 2012.02.07 06:40 AM | Comcast Cable |
| 67.177.4.174 | 2012.02.08 05:37 AM | Comcast Cable |

Case ID: 120401874

| | | |
|---|---|---|
| 67.161.186.120 | 2012.02.08 02:53 PM | Comcast Cable |
| 24.128.189.32 | 2012.02.08 03:51 AM | Comcast Cable |
| 68.33.189.172 | 2012.02.08 07:48 PM | Comcast Cable |
| 98.210.123.62 | 2012.02.08 08:49 PM | Comcast Cable |
| 24.61.139.74 | 2012.02.08 03:43 AM | Comcast Cable |
| 76.21.212.70 | 2012.02.08 05:39 AM | Comcast Cable |
| 98.252.84.194 | 2012.02.09 12:31 AM | Comcast Cable |
| 68.63.139.38 | 2012.02.09 12:07 AM | Comcast Cable |
| 24.22.29.108 | 2012.02.09 03:07 PM | Comcast Cable |
| 98.254.195.114 | 2012.02.09 07:29 PM | Comcast Cable |
| 174.48.171.241 | 2012.02.09 10:27 PM | Comcast Cable |
| 76.109.183.215 | 2012.02.09 07:23 PM | Comcast Cable |
| 67.185.16.254 | 2012.02.10 03:50 PM | Comcast Cable |
| 71.204.157.168 | 2012.02.10 02:33 PM | Comcast Cable |
| 24.10.225.69 | 2012.02.10 09:36 PM | Comcast Cable |
| 76.21.248.109 | 2012.02.10 11:38 PM | Comcast Cable |
| 67.175.162.89 | 2012.02.10 04:03 AM | Comcast Cable |
| 69.251.206.240 | 2012.02.10 10:14 PM | Comcast Cable |
| 71.197.169.37 | 2012.02.10 12:03 AM | Comcast Cable |
| 76.103.49.147 | 2012.02.10 12:31 AM | Comcast Cable |
| 98.252.146.23 | 2012.02.10 04:03 AM | Comcast Cable |
| 76.115.101.170 | 2012.02.10 04:32 AM | Comcast Cable |
| 76.115.56.111 | 2012.02.10 05:43 AM | Comcast Cable |
| 68.35.247.227 | 2012.02.10 07:27 AM | Comcast Cable |
| 71.197.66.161 | 2012.02.10 06:48 PM | Comcast Cable |
| 24.20.218.62 | 2012.02.10 06:27 PM | Comcast Cable |
| 67.174.199.102 | 2012.02.10 04:34 AM | Comcast Cable |
| 75.73.80.254 | 2012.02.10 09:36 AM | Comcast Cable |
| 24.22.72.26 | 2012.02.10 12:34 AM | Comcast Cable |
| 76.24.26.177 | 2012.02.11 05:13 AM | Comcast Cable |
| 98.202.12.122 | 2012.02.11 12:21 PM | Comcast Cable |
| 75.68.235.221 | 2012.02.11 01:20 PM | Comcast Cable |
| 98.195.122.221 | 2012.02.11 11:29 PM | Comcast Cable |
| 98.244.182.8 | 2012.02.11 05:04 AM | Comcast Cable |
| 71.196.156.78 | 2012.02.11 03:24 AM | Comcast Cable |

Case ID: 120401874

| IP Address | Date/Time | Provider |
|---|---|---|
| 76.120.135.114 | 2012.02.11 03:14 PM | Comcast Cable |
| 24.130.112.113 | 2012.02.11 12:41 AM | Comcast Cable |
| 98.204.153.165 | 2012.02.11 01:32 PM | Comcast Cable |
| 68.36.169.204 | 2012.02.11 09:53 PM | Comcast Cable |
| 68.49.52.196 | 2012.02.11 03:39 PM | Comcast Cable |
| 68.50.140.209 | 2012.02.11 06:13 AM | Comcast Cable |
| 76.125.18.166 | 2012.02.11 03:01 PM | Comcast Cable |
| 24.62.101.33 | 2012.02.12 01:24 PM | Comcast Cable |
| 24.218.146.114 | 2012.02.12 06:30 AM | Comcast Cable |
| 24.16.101.128 | 2012.02.12 05:02 AM | Comcast Cable |
| 173.12.98.230 | 2012.02.12 07:47 PM | Comcast Business Communications |
| 50.129.10.239 | 2012.02.12 08:59 PM | Comcast Cable |
| 24.245.3.14 | 2012.02.12 11:14 PM | Comcast Cable |
| 71.59.242.98 | 2012.02.12 12:55 AM | Comcast Cable |
| 98.252.165.91 | 2012.02.12 02:46 AM | Comcast Cable |
| 69.181.54.185 | 2012.02.12 07:24 PM | Comcast Cable |
| 24.61.187.110 | 2012.02.13 03:29 AM | Comcast Cable |
| 107.3.168.14 | 2012.02.13 12:20 AM | Comcast Cable |
| 98.219.56.42 | 2012.02.13 03:14 AM | Comcast Cable |
| 71.59.7.29 | 2012.02.13 08:59 AM | Comcast Cable |
| 24.7.123.209 | 2012.02.13 08:18 AM | Comcast Cable |
| 98.197.116.85 | 2012.02.14 01:25 PM | Comcast Cable |
| 67.191.65.135 | 2012.02.14 04:02 PM | Comcast Cable |
| 67.162.194.242 | 2012.02.14 10:53 PM | Comcast Cable |
| 24.18.118.63 | 2012.02.14 11:55 PM | Comcast Cable |
| 174.55.165.113 | 2012.02.14 09:37 AM | Comcast Cable |
| 70.89.66.61 | 2012.02.14 05:50 PM | Comcast Business Communications |
| 67.186.41.198 | 2012.02.15 03:53 AM | Comcast Cable |
| 68.52.5.169 | 2012.02.15 07:21 AM | Comcast Cable |
| 75.145.115.77 | 2012.02.15 05:53 AM | Comcast Business Communications |
| 98.242.218.223 | 2012.02.15 09:06 AM | Comcast Cable |
| 24.23.241.112 | 2012.02.15 05:44 AM | Comcast Cable |
| 98.234.26.211 | 2012.02.15 04:25 PM | Comcast Cable |
| 76.97.48.93 | 2012.02.15 08:50 PM | Comcast Cable |
| 98.208.8.233 | 2012.02.15 01:19 AM | Comcast Cable |

Case ID: 120401874

| IP Address | Date/Time | ISP |
|---|---|---|
| 76.22.60.198 | 2012.02.15 11:04 PM | Comcast Cable |
| 67.167.163.207 | 2012.02.15 02:53 AM | Comcast Cable |
| 67.161.178.225 | 2012.02.15 12:00 AM | Comcast Cable |
| 24.9.232.102 | 2012.02.15 02:27 AM | Comcast Cable |
| 98.239.88.189 | 2012.02.15 07:54 AM | Comcast Cable |
| 24.21.128.122 | 2012.02.15 07:15 AM | Comcast Cable |
| 67.173.228.11 | 2012.02.16 09:42 PM | Comcast Cable |
| 69.181.60.100 | 2012.02.16 08:15 AM | Comcast Cable |
| 71.228.233.235 | 2012.02.16 06:09 AM | Comcast Cable |
| 71.238.52.18 | 2012.02.16 01:12 AM | Comcast Cable |
| 98.244.55.162 | 2012.02.16 08:51 AM | Comcast Cable |
| 71.197.96.239 | 2012.02.16 09:48 PM | Comcast Cable |
| 98.246.240.66 | 2012.02.16 11:56 PM | Comcast Cable |
| 24.5.42.67 | 2012.02.16 08:09 PM | Comcast Cable |
| 68.82.158.160 | 2012.02.16 01:33 PM | Comcast Cable |
| 71.204.188.114 | 2012.02.16 11:09 PM | Comcast Cable |
| 75.65.6.49 | 2012.02.16 03:50 PM | Comcast Cable |
| 76.113.208.75 | 2012.02.16 11:38 PM | Comcast Cable |
| 76.99.55.76 | 2012.02.16 08:42 AM | Comcast Cable |
| 98.218.1.81 | 2012.02.16 09:11 AM | Comcast Cable |
| 75.149.178.34 | 2012.02.16 08:09 AM | Comcast Business Communications |
| 24.127.171.241 | 2012.02.16 04:08 PM | Comcast Cable |
| 50.78.253.49 | 2012.02.16 04:13 PM | Comcast Business Communications |
| 174.48.120.105 | 2012.02.16 11:18 PM | Comcast Cable |
| 76.108.120.176 | 2012.02.16 12:24 AM | Comcast Cable |
| 98.235.129.242 | 2012.02.17 04:01 AM | Comcast Cable |
| 67.175.52.165 | 2012.02.17 09:42 AM | Comcast Cable |
| 67.164.191.53 | 2012.02.17 09:06 AM | Comcast Cable |
| 24.7.2.214 | 2012.02.17 07:25 AM | Comcast Cable |
| 76.103.80.176 | 2012.02.17 10:14 AM | Comcast Cable |
| 65.96.164.225 | 2012.02.17 09:57 AM | Comcast Cable |
| 24.147.161.203 | 2012.02.17 09:51 AM | Comcast Cable |
| 98.233.221.104 | 2012.02.17 03:20 AM | Comcast Cable |
| 24.1.147.209 | 2012.02.17 05:48 AM | Comcast Cable |
| 24.13.158.145 | 2012.02.17 07:26 AM | Comcast Cable |

Case ID: 120401874

98.244.207.87     2012.02.17 12:42 AM     Comcast Cable
76.21.208.98      2012.02.17 01:18 PM     Comcast Cable

**FILED**
17 APR 2012 03:46 pm
**Civil Administration**
**J. EVERS**

### In the Court of Common Pleas of Philadelphia
### Civil Trial Division

| Liberty Media Holdings, LLC, *Plaintiff,* | Jury Trial Demanded |
|---|---|
| v. | Term 2012 |
| John Does 1-441, *Defendants.* | No. |

### Order.

Today, this          day of      2012, this Court hereby orders that plaintiff's Motion for Leave to Take Pre-Complaint Discovery is granted.

In light of the Cable TV Privacy Act of 1984, 47 USC §551, plaintiff may issue a subpoena to internet service provider Comcast to obtain subscriber identification information relating to the IP addresses attached as EXHIBIT A to this Order.

Upon receipt of this subpoena, Comcast will provide notice of the subpoena to its subscribers under the Cable TV Privacy Act. Comcast will then turn over the information plaintiff requests after waiting 20 days, under the guidelines provided by Pa.R.Civ.P. 4009.21.

This Court has contemplated the Cable TV Privacy Act and this order specifically complies with the Act's requirements.

BY THE COURT:

_____
, J.

By: A. Jordan Rushie
Jordan@FishtownLaw.com
Pa. Id. 209066
Mulvihill & Rushie LLC
2424 East York Street · Suite 316
Philadelphia, PA 19125
215.385.5291                                   Attorneys for Plaintiff

### In the Court of Common Pleas of Philadelphia
### Civil Trial Division

| | |
|---|---|
| Liberty Media Holdings, LLC, *Plaintiff,* | Jury Trial Demanded |
| v. | Term 2012 |
| John Does 1-441, *Defendants.* | No. |

### Motion for Hearing to Take Pre-Complaint Discovery
### Under Pa.R.Civ.P. 4003.8

Plaintiff Liberty Media Holdings, LLC, though its attorney A. Jordan Rushie of Mulvihill & Rushie LLC, moves this honorable Court to grant its Motion for Leave to Take Pre-Complaint Discovery under Pa. R. Civ. P. 4008.3. Plaintiff states the following in support of its motion:

1. Plaintiff is a California LLC that produces and distributes adult films.

2. Plaintiff began this action on Tuesday, April 17, 2012, by filing a Writ of Summons against John Does 1-441.

3. Plaintiff believes that defendants, John Does 1-441, have illegally shared its content via the internet.

4. Defendants John Does 1-441, to date, have been identified only by internet protocol (IP) addresses.

4.1.   An IP address is a numerical label assigned to a device (like a computer) that participates in a computer network that uses the internet protocol for communication.

4.2.   An IP address is a unique identifying number for a computer connection that is assigned by an internet service provider to an internet service subscriber. It is similar to a telephone number.

5.   Plaintiff does not possess information identifying defendants other than 441 IP address.

6.   To file a sufficient complaint against the Doe defendants, plaintiff must conduct pre-complaint discovery so it may:

6.1.   Identify defendants;

6.2.   Serve defendants; and

6.3.   Notify defendants of the claims against them.

7.   Pa.R.Civ.P. 4003.8 provides that a plaintiff may obtain pre-complaint discovery where the information plaintiff seeks is material and necessary to the filing of the complaint. Furthermore, the rule requires that the discovery will not cause unreasonable annoyance, embarrassment, oppression, burden, or expense to any person or party.

8.   In *McNeil v. Jordan*,[1] the Pennsylvania Supreme Court explained the standard for obtaining pre-complaint discovery:

> To obtain pre-complaint discovery, a litigant should be required to demonstrate his good faith as well as probable cause that the information sought is both material and necessary to the filing of a complaint in a pending action. A plaintiff should describe with reasonable detail the materials sought, and state with

---

[1] 586 Pa. 413. 443 (Pa. 2006). This standard was later codified in Rule 4003.8

2

Case ID: 120401874
Control No.: 12042085

particularity probable cause for believing the information will materially advance his pleading, as well as averring that, but for the discovery request, he will be unable to formulate a legally sufficient pleading. Under no circumstance should a plaintiff be allowed to embark upon a "fishing expedition," or otherwise rely on an amorphous discovery process to detect a cause of action he lacks probable cause to anticipate prior to the pre-complaint discovery process under this standard. The reasonableness of a given request, as well as the existence of probable cause and the good faith of the party seeking discovery, are matters for the trial court to determine in the exercise of its sound discretion.

9.  In this case, the John Doe defendants' identities are material and necessary to the filing of a complaint.

10. The defendants' identities are necessary to advance this case to the point where plaintiff may file a legally sufficient complaint; the defendants' identities are essential to name and properly serve them. Pre-complaint discovery is essential to learn the identities of the persons behind these IP addresses.

11. This is not a "fishing expedition" like that which the Supreme Court cautioned against in *McNeil*. In this case, plaintiff already possesses the IP addresses of those individuals who have downloaded and shared its content without permission.

12. This pre-complaint discovery request is reasonable. Plaintiff seeks leave to subpoena Comcast, an internet service provider, to learn the identities of the owners of the IP addresses that have downloaded and shared plaintiff's materials by downloading and sharing its content without making proper payment to plaintiff.

Case ID: 120401874
Control No.: 12042085

Liberty Media Holdings LLC v. John Does 1-441
*Motion for Leave to Take Pre-Complaint Discovery Under Pa.R.Civ.P. 4003.8*

13. Without the identities of the owners of the IP addresses already in plaintiff's possession, it cannot file a sufficient complaint, nor can it properly serve all defendants under Pa.R.Civ. P. 400.

WHEREFORE, plaintiff Liberty Media Holdings, LLC, requests that this Court grant its Motion for Leave to take Pre-Complaint Discovery and enter the proposed order that accompanies this Motion.

RESPECTFULLY SUBMITTED,

A. Jordan Rushie
Jordan@FishtownLaw.com
Pa. Id. 209066
Mulvihill & Rushie LLC
2424 East York Street · Suite 316
Philadelphia, PA 19125
215.385.5291

4

Case ID: 120401874
Control No.: 12042085

By: A. Jordan Rushie
Jordan@FishtownLaw.com
Pa. Id. 209066
Mulvihill & Rushie LLC
2424 East York Street • Suite 316
Philadelphia, PA 19125
215.385.5291

Attorneys for Plaintiff

**In the Court of Common Pleas of Philadelphia
Civil Trial Division**

| Liberty Media Holdings, LLC, *Plaintiff*, | Jury Trial Demanded |
|---|---|
| v. | Term 2012 |
| John Does 1-441, *Defendants.* | No. |

**Plaintiff's Memorandum of Law Supporting its Motion for Leave
to Take Pre-Complaint Discovery Under Pa.R.Civ.P. 4003.8**

*Summary of the Argument: A plaintiff may obtain pre-complaint discovery where the information it seeks is material and necessary to file its complaint, and the discovery will not cause unreasonable annoyance, embarrassment, oppression, burden, or expense to any person or party. The Court may require a plaintiff requesting this pre-complaint discovery to particularly state how it will materially advance the preparation of a complaint. In this case, begun by a writ of summons, plaintiff has in its possession a list of Internet Protocol (IP) addresses of John Does who illegally downloaded and shared plaintiff's content. Plaintiff requests that this Court grant its motion so it may obtain the identities of John Does 1-441 from the internet service provider Comcast, and properly initiate legal proceedings to vindicate its rights against those who illegally shared plaintiff's content. Defendants will not be steamrolled or surprised by this discovery request, as the Cable TV Privacy Act of 1984 provides that any internet service provider notify customers before it discloses identifying information.*

### 1.  Matter before the Court.

Before this Court is plaintiff's request for leave of court to take pre-complaint discovery to serve a subpoena upon Comcast, a cable TV and internet service provider in Pennsylvania..

### 2.  Statement of Question Involved.

Question: This is a case where pre-complaint discovery is necessary to identify the proper defendants against whom plaintiff may file a legally-sufficient complaint. In such a case, should the Court grant a request for leave of court to take pre-complaint discovery, that plaintiff may obtain the identities of the defendant to file a complaint?

Suggested Answer: Yes.

### 3.  Facts.

#### 3.1.Introduction.

A flash mob of ski-masked thieves barge into an electronics store. They run over to the DVD rack, stuff their pockets, then promptly run out the door. But these thieves weren't the sharpest tools in the shed — each was wearing a shirt with their home telephone number prominently printed on the back of it. And unfortunately for them, they didn't realize that a video camera in the store recorded the entire incident. The police, reviewing the surveillance footage, see the phone numbers, link the phone numbers to the thieves, and prosecute them for theft.

Now imagine that happened over the internet, and you understand precisely what happened here.

In this case, a swarm of individuals, believing they were anonymous, downloaded and shared plaintiff's content using BitTorrent, an online file-sharing protocol. While they thought their anonymity would shield them from being identified, they missed something.

Case ID: 120401874
Control No.: 12042085

Just like the ski masked mob, each of the John Doe defendants in this case left behind the electronic equivalent of their phone number printed on the back of their shirt — their internet protocol (IP) address.[2]

With this motion, plaintiff asks this Court to provide it with the tools to electronically unmask the 441 John Doe defendants. Plaintiff desires to serve a subpoena on Comcast Cable to link the IP addresses to the individuals behind them, based on its belief that the users of these IP addresses downloaded and distributed plaintiff's content.

### 3.2. The Parties — A Pornography Company and 441 Doe Defendants.

Plaintiff Liberty Media Holdings is a California Limited Liability Company doing business as CORBIN FISHER®. Liberty Media produces, markets, and distributes adult entertainment products, including Internet website content, videos, DVDs, photographs, etc. Plaintiff operates and maintains a website by and through which individuals who pay a monthly subscription fee can view its photographic and audiovisual works.

Defendant Does 1—441 are individuals whose true names and addresses are unknown to Plaintiff. These Doe defendants duplicated and distributed unauthorized and infringing copies of plaintiff's motion pictures. Plaintiff has obtained the internet protocol addresses assigned to the individual defendants.

Plaintiff can only further identify the individuals who downloaded and shares plaintiff's material by using pre-complaint discovery.

-----------------------

[2] An IP address is similar to a telephone number. It is a numerical label assigned to any device (like a computer or printer) that participates in a computer network that uses the internet protocol for communication. It is an identifier that links internet communication to the individual responsible for the internet account.

Case ID: 120401874
Control No.: 12042085

### 3.3. Plaintiff's Request for Pre-Complaint Discovery.

As part of this pre-complaint discovery investigation, plaintiff intends to subpoena Comcast, an internet service provider, to determine the identity of each internet subscriber assigned the corresponding IP address on the date and time of infringement.

The information which plaintiff will request in subpoenas to be directed to Comcast is governed by 47 U.S.C. §551 (The Cable TV Privacy Act of 1984). The Cable TV Privacy Act prohibits cable operators from disclosing a subscriber's identifying information without either 1) the subscriber's express consent; or 2) a court order that specifically authorizes the disclosure.[3]

Accordingly, plaintiff requests that this Court issue the attached order instructing Comcast Cable to produce all documents or information sufficient to identify the user or users of the respective IP addresses as listed in Exhibit A during the corresponding dates and times.

Additionally, plaintiff asks permission to conduct pre-complaint discovery on each user identified by these internet service providers to determine whether the actual subscriber performed the acts complained of, or it was some other individual with access to the subscriber's internet connection.

### 3.4. Internet Service Providers, Internet Protocol Addresses, and How This Court Will Help Unmask the Defendants.

The infringement and other wrongful acts at issue in this action occurred online. In order execute the illegal acts complained of, a user must connect to the internet.

---

[3] The Act requires the ISP notify the subscriber of any such order. See 47 U.S.C. § 551(c)(2)(B).

4

Case ID: 120401874
Control No.: 12042085

Liberty Media Holdings LLC v. John Does 1-441

*Plaintiff's Memorandum f Law in Support of its Motion for Leave to Take Pre-Complaint Discovery Under Pa.R.Civ.P. 4003.8*

Individuals gain access to the internet through an internet service provider (ISP). When an ISP provides internet access to a subscriber, it does so through a modem located at the subscriber's home or office. Each time the subscriber accesses the Internet, the ISP provides a unique number to the subscriber called an Internet protocol (IP) address. This is somewhat akin to a telephone number. The IP address for a subscriber may stay the same (a static IP address) or it may change from time to time (a dynamic IP address). An ISP generally records the times and dates it assigns each IP address to a subscriber.

Internet theft of content relies on the ability to identify the computers to and from information streams, which users search and exchange files. The technology identifies those computers through the IP address from which the computer connects to the Internet. In this manner, plaintiff identified the IP addresses from which individuals connected to the internet to unlawfully access plaintiff's works, make electronic copies of those works, and further distribute those works.

Plaintiff recorded the exact date and time individuals used various IP addresses to access the internet to illegally download, copy, and redistribute plaintiff's copyrighted work.

Anyone can perform a simple search on public databases to determine which Internet access provider controls a specific IP address. Plaintiff now seeks to subpoena Comcast, an ISP, to determine the name and address of the subscribers to whom they assigned the various IP addresses recorded.

5

Case ID: 120401874

Control No.: 12042085

### 3.5. Defendants Are Using BitTorrent to Steal Plaintiff's Works in a Virtual Flashmob Known as a Swarm.

Defendants downloaded and shared plaintiff's material via BitTorrent. BitTorrent is a mechanism though which internet users may share data electronically, and it is a notorious vehicle for internet piracy. Digital motion pictures are among the many types of files shared by BitTorrent users.

Instead of the stereotypical ideal of an internet user downloading a file from a single source, the BitTorrent protocol allows users to join a **swarm**, a group of connections from which they may download and upload from each other simultaneously.

The life cycle of a file shared using BitTorrent begins with just one individual — the initial propagator, sometimes called a **seed** user or **seeder**. The initial propagator intentionally elects to share a file with a torrent swarm. The original file, in this case, contains plaintiff's entire copyrighted work.

Other members of the swarm connect to the seed to download the file. This download creates an exact digital copy of plaintiff's copyrighted work on each of the downloaders' computers. As additional thieves request the same file, each additional thief joins the collective swarm, and each new thief receives the same or different pieces of the file from each other thief in the swarm who has already downloaded any part of the file.

Eventually, once the initial propagator has distributed each piece of the file to at least one other thief, so that together the pieces downloaded by members of the swarm comprises the whole motion picture when reassembled, the initial propagator may leave the swarm, and the remaining thieves can still obtain a full copy of the motion picture by exchanging the pieces of the motion picture that each one has.

Essentially, these swarms work as a virtual flash mob, working together to facilitate the theft and unauthorized sharing of plaintiff's

6

Case ID: 120401874
Control No.: 12042085

works. Just as the courts hold the individuals in a mob of DVD thieves stealing DVDs from a brick-and-mortar store responsible for their theft, this court should allow plaintiff to proceed and hold the John Doe defendants responsible for theirs. The only difference here is the masked defendants are operating over the internet.

### 3.6. Procedural Background and the Reasons for this Request for Pre-Complaint Discovery.

On Tuesday, April 17, 2012, plaintiff filed an action by writ of summons against 441 John Doe defendants, who have so far been identified by IP address only. Plaintiff believes that these John Doe defendants are Comcast customers.

To properly identify and serve the defendants who illegally shared plaintiff's content, plaintiff must conduct pre-complaint discovery to subpoena the IP address holders' identities. Plaintiff files this motion and ask that this Court grant its request for leave to file pre-complaint discovery for the following reasons:

A. Pre-complaint discovery is necessary in this case to obtain the information material and necessary to the filing of the complaint—specifically defendants' identities. Plaintiff cannot file a legally sufficient pleading without identifying the defendants as persons, rather than simply as IP addresses;

B. This request is not a fishing expedition, nor is it meant to cause unreasonable annoyance, embarrassment, oppression, burden, or expense to any person or party. Once this Court grants plaintiff's motion, plaintiff will serve Comcast with a subpoena. Under the Cable TV Privacy Act of 1984 (47 USC §551), Comcast must notice the Doe defendants of the subpoena. After notice, Com-

Case ID: 120401874
Control No.: 12042085

cast will provide plaintiff with the subscribers' identifying information;

C. Defendants will not be steamrolled or surprised by this action. Under the Cable TV Privacy Act of 1984, 47 U S C §551(c)(2)(b), a cable provider who provides identifying information regarding a customer must first provide notice to the subscriber before it discloses any such information. This includes internet service providers.

Plaintiff addresses each of these elements in turn in Argument.

## 4. Argument.

### 4.1. Pre-complaint Discovery is Necessary to File a Legally Sufficient Complaint. Though this Discovery, Plaintiff Will Ascertain John Doe Defendants' Identifies.

Plaintiff requires pre-complaint discovery to learn defendants' identities, that it may properly serve them with civil process.

Plaintiff does not yet have any other identifying information of defendants other than IP address, which uniquely identify the John Doe defendants. To prosecute its claims to protect its intellectual property, plaintiff must learn the defendants' identities. These identities can be discerned by pre-complaint discovery.

Pre-complaint discovered is governed by Pa.R.Civ.P. 4003.8. Rule 4003.8 provides that a plaintiff may obtain pre-complaint discovery where (1) the information sought is material and necessary to the filing of the complaint; and (2) the discovery will not cause unreasonable annoyance, embarrassment, oppression, burden, or expense to any person or party.

8

Case ID: 120401874
Control No.: 12042085

In *McNeil v. Jordan*,[4] the Pennsylvania Supreme Court explained the standard for obtaining pre-complaint discovery:

> To obtain pre-complaint discovery, a litigant should be required to demonstrate his good faith as well as probable cause that the information sought is both material and necessary to the filing of a complaint in a pending action. A plaintiff should describe with reasonable detail the materials sought, and state with particularity probable cause for believing the information will materially advance his pleading, as well as averring that, but for the discovery request, he will be unable to formulate a legally sufficient pleading. … The reasonableness of a given request, as well as the existence of probable cause and the good faith of the party seeking discovery, are matters for the trial court to determine in the exercise of its sound discretion.

In this case, the identities of the John Doe defendants is material and necessary to the filing of a complaint against them. Plaintiff seeks the identities of John Doe defendants that have so far been identified only by IP address. Once Comcast provides the identities of these defendants to the plaintiff, then plaintiff will be able to properly name and serve the defendants with process under Pa.R.Civ.P. 400. Furthermore, without this specific identifying information, plaintiff will be wholly unable to prosecute its claims for conversation against defendants.

This request is made in good faith, as plaintiff has already identified, by IP address, those defendants who have illegally downloaded and shared its content.

---

[4] 586 Pa. 413. 443 (Pa. 2006). This standard was later codified in Rule 4003.8

9

Case ID: 120401874
Control No.: 12042085

Liberty Media Holdings LLC v. John Does 1-441
*Plaintiff's Memorandum f Law in Support of its Motion for Leave to Take Pre-Complaint Discovery Under Pa.R.Civ.P. 4003.8*

Additionally, there are no other practical measures plaintiff could take to identify the Doe defendants. Plaintiff is aware of no available information that would identify the infringing users, other than information maintained by their internet service provider. Because of the nature of internet transactions, plaintiff has no way of determining Doe defendants' identities except through a third-party subpoena.

Other courts have indicated that a plaintiff requesting early discovery to identify defendants should justify specific requests and explain how such requests will lead to identifying information about a defendant that would make service of process possible".[5] The process explained above shows precisely how plaintiff's request will lead to the identification of defendants that will make service possible.

Sometimes, the internet subscriber is not the proper defendant in an action like as this. Plaintiff may seek to depose and issue interrogatories to the internet subscriber identified by the ISPs to determine whether any specific subscriber is a proper defendant in this action. Plaintiff believes that pre-complaint discovery under Pa.R.Civ.P 4003.8 is the only proper method to made this determination.

Therefore, plaintiff respectfully requests that this Court finds that it has satisfied the Supreme Court's requirements for pre-complaint

---

[5] *Columbia Ins. Co. v. Seescandy.com*, 185 F.R.D. 573, 580 (N.D. Cal 1999). The *Columbia* court additionally explained that "[s]ervice of process can pose a special dilemma for Plaintiff in cases ... in which the tortuous activity occurred entirely on-line." 185 F.R.D. at 580. For a further discussion of John Doe defendants, see *Gillespie v. Civiletti*, 629 F. 2d 637, 642 (9th Cir. 1980) ("As a general rule, the use of 'John Doe' to identify a defendant is not favored. However, situations arise ... where the identity of alleged defendants will not be known prior to the filing of a complaint. In such circumstances, the plaintiff should be given an opportunity through discovery to identify the unknown defendants, unless it is clear that discovery would not uncover the identities, or that the complaint would be dismissed on other grounds.") (internal citations omitted).

Case ID: 120401874
Control No.: 12042085