# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Liberty Media Holdings, LLC :<br>:  Docket No. 2:12-cv-04703-ER<br>Plaintiff :<br>:<br>vs. :<br>:<br>John Does, 1-265 :  **NOTICE OF DISMISSAL**<br>:<br>Defendants : | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the plaintiff, Liberty Media Holdings, LLC, hereby voluntarily dismisses the above matter, without prejudice, as the opposing parties have not served an answer or a motion for summary judgment.

Respectfully Submitted,

**Mulvihill & Rushie, LLC**

/S/
_____

Date:   September 5, 2012    A. Jordan Rushie
2424 East York Street, Suite 316
Philadelphia, PA 19125
Tel: (215) 385-5291
E-mail: Jordan@fishtownlaw.com

**Certificate of Service**

I, A. Jordan Rushie, Esquire, served this notice of voluntary dismissal upon the following parties:

Charles Thomas, Esquire
**The Thomas Firm**
117 West Gay Street
Suite 316
West Chester, PA 19380

Corey J. Osborn
Tucker Law Group
1617 JFK Boulevard, Suite 1700
Philadelphia, PA 19103
Counsel for Comcast

Dated: September 5, 2012